In Re: JERRY JOHNSON chapter 13 Bankruptcy No.24-10005 PMM

Re: NOTICE OF MOTION, RESPONSE

DEADLINE AND HEARING DATE AND

MOTION TO DISMISS.

Your Honorable Patrica M. Mayer ,  I have received a Motion to dismiss by the Loan Ranger
hard Money lenders (Bill Conye ) and Mr' Scott Waterman ESQ Standing Chapter 13 trustee.

I wish that your do not accept this Motion to Dismiss for it is based on A erroneous payment
I made at the time of my payment to file my Chapter 13 initial Payment was made in the
wrong department they are also treating that payment as the court ordered payment Plan
which will be determined on June 20 th at 10:00 am via Zoom  as a factor to dismiss! ( Copy
is included)  And have also required me to refile my response  in the Clerks office of
Philadelphia , ( copy included)  also my loan amount went from 189k  to 247k since may
2023 and needs clarification.

Jerry Johnson

Debtor

4/16/24

FILED

APR 1 8 2024

TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK